**Kenneth Earl ROBERTSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28161.

Court of Criminal Appeals of Texas.

March 14, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Drunken driving is the offense, with punishment assessed at a fine of $125 and three days' confinement in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.